# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

MARK MENARD and CAROL E. MENARD, )
      Plaintiffs                        )
)
      v.                                 )   CIVIL ACTION NO. 3:11-cv-30161-MAP
)
CSX TRANSPORTATION, INC.,          )
      Defendants                      )

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant CSX Transportation, Inc., against the plaintiffs Mark Menard, et al., pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

                                             **SARAH A. THORNTON**,
                                             CLERK OF COURT

Dated: January 3, 2012                By /s/ *Maurice G. Lindsay*
                                              Maurice G. Lindsay
                                             Deputy Clerk

(Civil Judgment (Routine) 4.wpd - 11/98)
      [jgm.]