# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARK MENARD and CAROL E. MENARD, )<br>    Plaintiffs )<br> )<br>    v. )<br> )<br>CSX TRANSPORTATION, INC., )<br>    Defendants ) | | CIVIL ACTION NO. 3:11-cv-30161-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant CSX Transportation, Inc., against the plaintiffs Mark Menard, et al., pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

                                                      **SARAH A. THORNTON**,
                                                      CLERK OF COURT

Dated: January 3, 2012                          By /s/ *Maurice G. Lindsay*
                                                             Maurice G. Lindsay
                                                             Deputy Clerk

(Civil Judgment (Routine) 4.wpd - 11/98)
    [jgm.]